UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FRANCIS NABOONE, | 1:05-cv-00877-REC-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 15) |
| vs. | **ORDER DISMISSING ACTION** |
| CLOSE, et al., | |
| Defendants. | |

Plaintiff, John Francis Naboone ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On November 3, 2005, the Magistrate Judge filed Findings and Recommendation herein which were inadvertently not served on plaintiff until December 7, 2005, but which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within thirty (30) days. To date, plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on December 28, 2005, as undeliverable. A notation on the envelope indicated: Return to Sender - Paroled. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendation to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendation, filed November 3,
8  2005, are ADOPTED in full; and,
9  2.  This action is DISMISSED based on plaintiff's failure
10 to obey the court's order of September 22, 2005.
11 IT IS SO ORDERED.

**Dated:  February 15, 2006**           /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE